# Exhibit 3

Method Claim: 1

| US10055123 | HOVERAir X1 ("The accused product") |
|---|---|
| 1. A method for changing information via a target communication device by performing a specific interaction, the information originating from a user of a mobile device, the method comprising: | The accused product discloses a method for changing information (e.g., firmware upgrade, etc.) via a target communication device (e.g., the accused product) by performing a specific interaction (e.g., tapping update icon), the information (e.g., firmware upgrade, etc.) originating from a user (e.g., an owner of the accused product) of a mobile device (e.g., a mobile device with Hover app installed).<br><br>As shown below, the accused product supports firmware upgrades by automatically updating data received from the mobile device. The user initiates the update through the Hover app, and the mobile device sends the updated firmware data to the accused product. Further, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., changing information). |



https://hoverair.com/pages/x1



https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US



target communication device

a mobile device

https://www.youtube.com/watch?v=-dMX2gzpJck

## Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;
**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;
**Modes**
Learn to use various flight modes and unlock new modes.
https://hoverair.com/blogs/guide/hover-x1-app-introduction

As shown below, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).



**How to upgrade firmware**

- Check the firmware version number in Firmware Upgrade. If the latest firmware version is not available, proceed as follows:

https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click in the camera page and select "One-click Upgrade";

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=SbjSKnSoA6g

| | |
|---|---|
| searching, by the mobile device, for the target communication device among at least one communication device based on a distance between the at least one communication device and the | The accused product discloses searching, by the mobile device (e.g., a mobile device with Hover app installed), for the target communication device (e.g., the accused product) among at least one communication device (e.g., the accused product) based on a distance (e.g., distance between the mobile device and the accused product) between the at least one communication device (e.g., the accused product) and the mobile device (e.g., a mobile device with Hover app installed).<br><br>As shown below, the mobile device searches for the accused product (e.g., target communication device) within a predefined range i.e., Bluetooth range of ~10m (e.g., distance) during the pairing process to establish a connection. |

| | |
|---|---|
| mobile device; |  |



https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US

**HOVERAir X1**

# Self-Flying Camera



a target communication device

https://hoverair.com/pages/x1

## How to connect the Hover

Your HOVERAir X1 and the app are connected via Bluetooth, please follow the steps below:

1. Turn on your X1
2. Open the app, tap to enter the [Hover] page, and turn on Bluetooth according to the prompts;
3. Your mobile device should automatically connect to your Hover.

https://hoverair.com/blogs/guide/hover-x1-app-introduction

## What is Bluetooth's range?

Bluetooth's range differs based on the device's power, its Bluetooth class, and the context in which its used- however, for the majority of users, the ranges below apply:

| Bluetooth device/ context | Expected range |
|---|---|
| Theoretical, high powered devices | More than 1km |
| Average power, Bluetooth-enabled consumer device (i.e. smartphone) | 10 meters |

https://www.pointr.tech/blog/what-is-bluetooths-indoor-range-mobile-coverage-area



https://www.youtube.com/watch?v=sallCw-X0NA



https://www.youtube.com/watch?v=-dMX2gzpJck

| establishing, by the mobile device, a communication channel with the target communication device, in response | The accused product discloses establishing, by the mobile device (e.g., a mobile device with Hover app installed), a communication channel (e.g., a wireless link) with the target communication device (e.g., the accused product), in response to detection of a specified touch gesture (e.g., tapping update icon) associated with the mobile device (e.g., a mobile device with Hover app installed).

As shown below, when a user taps the update button (e.g., touch gesture) on the mobile |

| | |
|---|---|
| to detection of a specified touch gesture associated with the mobile device; | device with Hover app, it initiates firmware download process. The updated firmware is downloaded from a remote server via the app, after which the mobile device transfers the firmware data to the accused product via the wireless link. Further, the accused product then receives and installs the data to update its existing software.<br><br>**Hover X1 App Introduction**<br><br>Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.<br><br>**Home**<br>See what others are sharing in the World tab and view and manage your own content under "Moments" ;<br>**Hover**<br>Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;<br>**Modes**<br>Learn to use various flight modes and unlock new modes.<br>https://hoverair.com/blogs/guide/hover-x1-app-introduction |



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click  in the camera page and select "One-click Upgrade"; ——— touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



target communication device

mobile device

a touch gesture

https://www.youtube.com/watch?v=UXh4DWaxPQk

| receiving, by the mobile device, data related to the specific interaction from the target communication device; | The accused product discloses receiving, by the mobile device (e.g., a mobile device with Hover app installed), data (e.g., current firmware version, etc.) related to the specific interaction (e.g., tapping update icon) from the target communication device (e.g., the accused product).<br><br>As shown below, the mobile device receives data such as current firmware version, etc. from the accused product for the update process. |
|---|---|



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click  in the camera page and select "One-click Upgrade"; — touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



target communication device

mobile device

a touch gesture

https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=SbjSKnSoA6g

| transmitting, by the mobile device, the data related to the specific interaction to a server; and | The accused product discloses transmitting, by the mobile device (e.g., a mobile device with Hover app installed), the data (e.g., current firmware version, etc.) related to the specific interaction (e.g., tapping update icon) to a server (e.g., a remote HOVERAir server).<br><br>As shown below, the mobile device with the Hover app sends device information, such as current firmware version of the accused product to a remote server. The server then checks for updates and responds with the required firmware data. |
|---|---|

## Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;
**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;
**Modes**
Learn to use various flight modes and unlock new modes.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click in the camera page and select "One-click Upgrade"; — touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk

| | |
|---|---|
| |  [https://www.youtube.com/watch?v=SbjSKnSoA6g](https://www.youtube.com/watch?v=SbjSKnSoA6g) |
| permitting the server to update the information originating from the user of the mobile device stored in the server or a storage device associated with the server based on the data related to the specific | The accused product discloses permitting the server (e.g., remote HoverAir server) to update the information (e.g., firmware update) originating from the user (e.g., an owner of the accused product) of the mobile device (e.g., a mobile device with Hover app installed) stored in the server (e.g., remote HoverAir server) or a storage device associated with the server based on the data (e.g., current firmware version, etc.) related to the specific interaction (e.g., tapping update icon).<br><br>As shown below, the mobile device transmits device information such as the current firmware version to the remote HoverAir server when the user initiates an update through the app. The server processes this data and updates the corresponding user and provides the appropriate firmware package for installation. |

| interaction, wherein | <br><br>https://hoverair.com/blogs/guide/hover-x1-app-introduction |

- Click in the camera page and select "One-click Upgrade";   touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



target communication device

mobile device

a touch gesture

https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=SbjSKnSoA6g

| the mobile device is configured to run an application program related to the specific interaction in either in a background or a foreground of the mobile device, and | The accused product discloses the mobile device (e.g., a mobile device with Hover app installed) is configured to run an application program (e.g., Hover app) related to the specific interaction (e.g., tapping update icon, etc.) in either in a background or a foreground (e.g., operates in active screen) of the mobile device (e.g., a mobile device with Hover app installed). |
| --- | --- |
| | As shown below, the mobile device runs the Hover app for the firmware update, and the app operates in the foreground during the process. |



https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US

## Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;

**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;

**Modes**
Learn to use various flight modes and unlock new modes.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US



https://www.youtube.com/watch?v=UXh4DWaxPQk

| the target communication device is configured to run a | The accused product discloses the target communication device (e.g., the accused product) is configured to run a specific interaction (e.g. tapping update icon) related program (e.g., Hover app), the specific interaction (e.g., tapping update icon) related program (e.g., Hover app) configured to send information (e.g., firmware version, etc.) to the mobile device (e.g., a |

| | |
|---|---|
| specific interaction related program, the specific interaction related program configured to send information to the mobile device in response to the user providing an input to the target communication device, the information being associated with the specific interaction. | mobile device with Hover app installed) in response to the user (e.g., an owner of the accused product) providing an input (e.g., initiating firmware download via the mobile device input to the accused product) to the target communication device (e.g., the accused product), the information (e.g., firmware version, etc.) being associated with the specific interaction (e.g., tapping update icon).<br><br>As shown below, the accused product runs its internal firmware module that supports operations such as firmware updates. When the user initiates an action through the Hover app (e.g., tapping the update option), this input is communicated to the accused product. In response, the accused product sends relevant information, such as its current firmware version to the mobile device. This information is used by the app for downloading and installing the appropriate firmware to the accused product.<br><br><br><br>https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US |

# Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;
**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;
**Modes**
Learn to use various flight modes and unlock new modes.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



a mobile device

application program running in the foreground of the mobile device

https://www.youtube.com/watch?v=UXh4DWaxPQk



[https://hoverair.com/blogs/guide/hover-x1-app-introduction](https://hoverair.com/blogs/guide/hover-x1-app-introduction)

- Click in the camera page and select "One-click Upgrade"; — touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=UXh4DWaxPQk

As shown below, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=SbjSKnSoA6g