# Exhibit 4

Method Claim: 1

| US9288610B2 | HOVERAir X1 ("The accused product") |
|---|---|
| 1. A method for automatically changing information originating from at least one of a first user and a second user by using a communication device, the method comprising steps of: | The accused product discloses a method for automatically changing information (e.g., firmware upgrade, etc.) originating from at least one of a first user (e.g., an owner of the accused product) and a second user by using a communication device (e.g., a mobile device with Hover app installed).<br><br>As shown below, the accused product performs firmware upgrades by automatically updating data received from the mobile device running the Hover app. The user initiates the update through the Hover app, and sends the updated firmware data to the accused product. Further, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).<br><br> |

https://hoverair.com/pages/x1



https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US



https://www.youtube.com/watch?v=-dMX2gzpJck

## Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;

**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;

**Modes**
Learn to use various flight modes and unlock new modes.

https://hoverair.com/blogs/guide/hover-x1-app-introduction

As shown below, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click  in the camera page and select "One-click Upgrade";

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=SbjSKnSoA6g

| (a) a first communication device of the first user searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction within | The accused product discloses a first communication device (e.g., a mobile device with Hover app installed) of the first user (e.g., an owner of the accused product) searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction  within a predetermined distance therefrom or searching for at least one second communication device (e.g., the accused product) connected to an access point (AP), an ad-hoc network (e.g., a Bluetooth network), or a base station of a cellular network to which the first communication device is connected.<br><br>As shown below, the mobile device running the Hover app (first communication device) searches for the accused product (second communication device) using Bluetooth (e.g., an ad-hoc network) during the pairing process to establish a connection. |

| | |
|---|---|
| a predetermined distance therefrom or searching for at least one second communication device connected to an access point (AP), an ad-hoc network, or a base station of a cellular network to which the first communication device is connected; | <br><br>https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US<br><br>**App**<br><br>**Mobile Device App**                                    Hover X1<br><br>https://hoverair.com/pages/x1 |



a first communication device

https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US



**HOVERAir X1**

# Self-Flying Camera

second communication device

https://hoverair.com/pages/x1

## How to connect the Hover

Your HOVERAir X1 and the app are connected via Bluetooth, please follow the steps below:

1. Turn on your X1
2. Open the app, tap to enter the [Hover] page, and turn on Bluetooth according to the prompts;
3. Your mobile device should automatically connect to your Hover.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=sallCw-X0NA



https://www.youtube.com/watch?v=-dMX2gzpJck

| (a0) selecting at least one specific second communication device from among the searched at least | The accused product discloses selecting at least one specific second communication device (e.g., selecting the detected accused product) from among the searched at least one second communication device (e.g., the accused product) to change the user-originating information (e.g., firmware upgrade, etc.).<br><br>As shown below, the accused product is selected using the mobile device running the Hover app from among detected devices during pairing. A connection is then established to modify its |
|---|---|

| one second communication device to change the user-originating information; | information when a firmware update is available.<br><br>**How to connect the Hover**<br><br>Your HOVERAir X1 and the app are connected via Bluetooth, please follow the steps below:<br><br>1. Turn on your X1<br>2. Open the app, tap to enter the [Hover] page, and turn on Bluetooth according to the prompts;<br>3. Your mobile device should automatically connect to your Hover.<br>https://hoverair.com/blogs/guide/hover-x1-app-introduction |



https://www.youtube.com/watch?v=-dMX2gzpJck

## Hover X1 App Introduction

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments" ;

**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;

**Modes**
Learn to use various flight modes and unlock new modes.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://hoverair.com/blogs/guide/hover-x1-app-introduction

| | |
|---|---|
| | <ul><li>Click in the camera page and select "One-click Upgrade";</li><li>When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;</li><li>When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;</li><li>After a successful upgrade, the latest version number is displayed.</li></ul>https://hoverair.com/blogs/guide/hover-x1-app-introduction |
| (b) the first communication device transmitting to, or receiving from, the specific second communication device data related to a specific interaction, if a specified touch gesture is detected in the first communication device; and<br><br>Col 4: lines 33-37 | The accused product discloses the first communication device (e.g., a mobile device with Hover app installed) transmitting to (e.g., transmitting new firmware data to the accused product), or receiving from, the specific second communication device data (e.g., the accused product) related to a specific interaction (e.g., updating firmware, etc.), if a specified touch gesture (e.g., tapping firmware update icon) is detected in the first communication device (e.g., a mobile device with Hover app installed).<br><br>As shown below, when a user taps the update button (e.g., touch gesture detected on the first communication device) on the mobile device with Hover app, it initiates firmware download process. The updated firmware is downloaded from a remote server via the app, after which the mobile device with Hover app transfers the firmware data to the accused product. Further, the accused product then receives and installs the data to update its existing software. |

| | |
|---|---|
| *First, the touch screen 210 may perform a function of receiving a touch gesture from the user. The touch screen 210 reads a touch position of the user. The control part 250 may determine <u>a type of touch gesture, e.g., tap,</u> long-press, drag, or swipe gestures, by using the read touch position.* | **Hover X1 App Introduction**<br><br>Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.<br><br>**Home**<br>See what others are sharing in the World tab and view and manage your own content under "Moments" ;<br>**Hover**<br>Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;<br>**Modes**<br>Learn to use various flight modes and unlock new modes.<br>https://hoverair.com/blogs/guide/hover-x1-app-introduction<br><br>As shown below, when a user taps the update button (e.g., touch gesture detected on the first communication device) on the mobile device with Hover app, it initiates firmware download process. |



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click in the camera page and select "One-click Upgrade"; —— touch gesture

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk

| (c) at least one of the first and the second communication devices allowing a server to update the information | The accused product discloses at least one of the first (e.g., a mobile device with Hover app installed) and the second communication devices (e.g., the accused product) allowing a server (e.g., HOVERAir servers, etc.) to update the information (e.g., updating firmware version, etc.) originating from at least one of the first user (e.g., an owner of the accused product) and the second user stored in the server (e.g., HOVERAir servers, etc.) or a storage device interacted with the server by referring to the transmitted data (e.g., firmware data) related to the specific interaction (e.g., updating firmware, etc.). |

| | |
|---|---|
| originating from at least one of the first user and the second user stored in the server or a storage device interacted with the server by referring to the transmitted data related to the specific interaction, | As shown below, the mobile device with the Hover app establishes communication with a remote server upon initiation of a firmware update. The server receives a request including device identifiers and update parameters and retrieves the corresponding firmware package. Based on the transmitted data related to the update interaction, the server updates device and user-associated information. The server then delivers the firmware to the application, which processes and forwards the firmware data to the accused product. Further, the accused product receives and installs the firmware to update its existing software.<br><br>**Hover X1 App Introduction**<br><br>Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.<br><br>**Home**<br>See what others are sharing in the World tab and view and manage your own content under "Moments" ;<br>**Hover**<br>Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc. ;<br>**Modes**<br>Learn to use various flight modes and unlock new modes.<br>https://hoverair.com/blogs/guide/hover-x1-app-introduction |



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click in the camera page and select "One-click Upgrade";

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=-dMX2gzpJck



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk

| | |
|---|---|
| wherein the first communication device searches for the at least one second communication device based on | The accused product discloses wherein the first communication device (e.g., a mobile device with Hover app installed) searches for the at least one second communication device (e.g., the accused product) based on whether the at least one second communication device (e.g., the accused product) has a certain application program (e.g., a firmware module of the accused product) that is related to the specific interaction (e.g., firmware upgrade, etc.).<br><br>As shown below, the mobile device with Hover app checks the accused product's internal |

| | |
|---|---|
| whether the at least one second communication device has a certain application program that is related to the specific interaction, and | firmware module (e.g., a certain application program) after a connection is established. It compares this version with the latest available version and determines whether an update is needed. When a newer version is available, the app shows an upgrade prompt in the interface, indicating that the accused product supports and requires the firmware update. This confirmation allows the user to proceed with downloading and installing the update to the accused product. |

**Hover X1 App Introduction**

Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.

**Home**
See what others are sharing in the World tab and view and manage your own content under "Moments";
**Hover**
Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc.;
**Modes**
Learn to use various flight modes and unlock new modes.
https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click  in the camera page and select "One-click Upgrade";

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=-dMX2gzpJck



first communication device

a touch gesture

second communication device

https://www.youtube.com/watch?v=UXh4DWaxPQk

As shown below, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



first communication device

https://www.youtube.com/watch?v=SmXArnKC740

| wherein the first communication device selects the specific second communication device where the certain application is turned on in either the background or the foreground, if there are multiple | The accused product discloses wherein the first communication device (e.g., a mobile device with Hover app installed) selects the specific second communication device (e.g., the accused product) where the certain application (e.g., a firmware module of the accused product) is turned on in either the background (e.g., internal process) or the foreground, if there are multiple second communication devices searched.<br><br>As shown below, the mobile device with Hover app checks the accused product's internal firmware module (e.g., a certain application program) after a connection is established. It compares this version with the latest available version and determines whether an update is needed. When a newer version is available, the app shows an upgrade prompt in the interface, indicating that the accused product supports and requires the firmware update. This confirmation allows the user to proceed with downloading and installing the update to the accused product. The firmware module runs in the background, enabling the mobile device with |

| | |
|---|---|
| second communication devices searched. | Hover app to select the intended device for firmware upgrade process.<br><br>https://play.google.com/store/apps/details?id=com.zerozerorobotics.hover&hl=en_US<br><br>**Hover X1 App Introduction**<br><br>Using the Hover X1 app, you can download captured content to your device, manually control the device, see a live preview of what you're showing, and modify the flight modes and capture modes.<br><br>**Home**<br>See what others are sharing in the World tab and view and manage your own content under "Moments";<br>**Hover**<br>Functional settings related to Hover, including downloading media, setting parameters, upgrading firmware, etc.;<br>**Modes**<br>Learn to use various flight modes and unlock new modes.<br>https://hoverair.com/blogs/guide/hover-x1-app-introduction |

## How to upgrade firmware

- Check the firmware version number in Firmware Upgrade. If the latest firmware version is not available, proceed as follows:

Update Available

Version 0.1.34

Update Now

Ignore this update

1 — Download the firmware  → 2 — Upload the firmware  → 3 — Upgrade the firmware

Updating — Flashing blue status light  >>>  Update completed — Solid green indicator light

The upgrade is expected to take 5–8 minutes

https://hoverair.com/blogs/guide/hover-x1-app-introduction

- Click in the camera page and select "One-click Upgrade";

- When the App downloads the firmware package, it will be prompted to connect to Hover's Wi-Fi to transfer the firmware package;

- When the transfer is complete, Hover will begin upgrading the firmware. During the upgrade process, the status light is blue, and after the upgrade is successful, the status light is green. Please pay attention to the change of the status indicator;

- After a successful upgrade, the latest version number is displayed.

https://hoverair.com/blogs/guide/hover-x1-app-introduction



https://www.youtube.com/watch?v=-dMX2gzpJck

As shown below, the accused product automatically receives and installs the new firmware, thereby modifying its existing operational information (e.g., automatically changing information).



https://www.youtube.com/watch?v=UXh4DWaxPQk



https://www.youtube.com/watch?v=UXh4DWaxPQk



first communication device

https://www.youtube.com/watch?v=SbjSKnSoA6g